Dear. Mr Acosta

3-30-15
80,480-01

CCA # WR-80-480-01
Trial Court # 13-01451-CRF-85-A

I Recently Received A letter from Your office with A Box Marked. Your Application for writ of habeas Corpus has been Received on Monday, November 04, 2013. The status: Dismissed- Conviction not Final. Mandate Not issued At time Application filed in Trial Court on 11/27/13 Does this meaning the Case have been Dismissed no lons in the Court of Appeals- Please Send Me More Information Concerning the Aboved Marked Box/ Claritiying the Exact meaning Above. Thank you.

Bch

3-30-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk